# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D GABARRETE, | CASE NO.   1:11-cv-0324-MJS |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND |
| v. | (ECF No. 9) |
| C.B. HAZEL, et al., | |
| Defendants. | |

Plaintiff Carlos D. Gabarrete ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on February 25, 2011. (Compl., ECF No. 1.) On June 21, 2011, Plaintiff filed a Motion for Leave to File an Amended Complaint. (ECF No. 9.) He filed his First Amended Complaint on that same day. (ECF No. 10.)

Because the Court has not yet acted on Plaintiff's original Complaint and no Defendant has yet appeared in the action, there is no just cause for disallowing Plaintiff's motion to amend his Complaint.

Accordingly, Plaintiff's Motion for leave to File an Amended Complaint is GRANTED. The Court will consider the June 21, 2011 First Amended Complaint to be

the operative complaint in this case and screen it in due course.

IT IS SO ORDERED.

Dated:   July 27, 2011                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE