UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. GABARRETE, | CASE NO. 1:11-CV-00324-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO NOTIFY THE COURT OF OPERATIVE PLEADING |
| v. | |
| C.B. HAZEL, et al., | (ECF NOS. 19, 20) |
| Defendants. / | FOURTEEN (14) DAY DEADLINE |

Plaintiff Carlos D. Gabarrete, a state prisoner proceeding pro se and in forma pauperis filed this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) On June 21, 2012, after Plaintiff's Second Amended Complaint (Second Am. Compl., ECF No. 15) was dismissed with leave to amend (Order Dismiss., ECF No. 18.), Plaintiff filed a Third Amended Complaint dated June 19, 2012 (ECF No. 19). Then, the next day, on June 22, 2012, Plaintiff lodged with the Court an Amended Complaint dated June 18, 2012. (ECF No. 20.)

The Court is uncertain whether Plaintiff wishes to proceed upon the Third Amended Complaint (ECF No. 19) or upon the lodged Amended Complaint (ECF No. 20.)

Accordingly, it is hereby ORDERED that Plaintiff, not later fourteen (14) days from service of this order, notify the Court in writing whether he wishes to proceed upon the Third Amended Complaint filed as ECF No. 19, or upon the lodged Amended Pleading filed

as ECF No. 20.

If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a Court order.

IT IS SO ORDERED.

Dated:  June 27, 2012          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE