# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. GABARRETE,<br><br>        Plaintiff,<br><br>   v.<br><br>C.B. HAZEL, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-CV-00324-MJS (PC)<br><br>ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT<br><br>(ECF NO. 22)<br><br>FOURTH AMENDED COMPLAINT DUE BY AUGUST 3, 2012 |

    Plaintiff Carlos D. Gabarrete, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff's Second Amended Complaint (Second Am. Compl., ECF No. 15) was dismissed with leave to amend for failure to state a claim. (Order Dismiss., ECF No. 18.) On June 21, 2012, Plaintiff filed a Third Amended Complaint dated June 19, 2012. (ECF No. 19.) On June 22, 2012, Plaintiff lodged with the Court an Amended Complaint dated June 18, 2012. (ECF No. 20.) On June 28, 2012, Plaintiff was ordered to notify the Court in writing whether he wished to proceed upon the Third Amended Complaint filed at ECF No. 19, or upon the Lodged Amended Pleading filed at ECF No. 20. (Order to Notify, ECF No. 21.)

    Before the Court is Plaintiff's Request for Leave to Withdraw the Last Two Complaints Filed with the Court (Motion, ECF No. 22). The Court construes this as, in effect, a motion for leave to file a further amended complaint to replace the pleadings on

file.

GOOD CAUSE APPEARING THEREFOR, Plaintiff's Motion is granted and IT IS HEREBY ORDERED that he may file a fourth amended complaint by, but **not later than**, August 3, 2012.

If Plaintiff fails to file an amended complaint in compliance with this order, this action shall be dismissed, with prejudice, for failure to state a claim and failure to prosecute, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g). <u>Silva v. Di Vittorio</u> 658 F.3d 1090 (9th Cir. 2011).

IT IS SO ORDERED.

Dated:   July 6, 2012              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE