# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. GABARRETE, | CASE NO. 1:11-CV-00324-MJS (PC) |
| Plaintiff, | ORDER DENYING AS MOOT RELIEF SOUGHT IN PLAINTIFF'S RESPONSE TO COURT ORDER |
| v. | |
| C.B. HAZEL, et al., | (ECF NO. 24) |
| Defendants. | |

Plaintiff Carlos D. Gabarrete, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff's Second Amended Complaint (Second Am. Compl., ECF No. 15) was dismissed, with leave to amend, for failure to state a claim. (Order Dismiss., ECF No. 18.)

On June 21, 2012, Plaintiff filed a Third Amended Complaint dated June 19, 2012. (Third Amended Complaint, ECF No. 19.) On June 22, 2012, Plaintiff lodged with the Court an Amended Complaint dated June 18, 2012. (Lodged Amended Pleading, ECF No. 20.) On June 28, 2012, Plaintiff was ordered to notify the Court in writing whether he wished to proceed on the Third Amended Complaint or on the Lodged Amended Pleading. (Order to Notify, ECF No. 21.) On July 5, 2012, Plaintiff filed a motion to withdraw pleadings (Motion to Withdraw Pleadings, ECF No. 22) seeking to withdraw both the Third Amended Complaint and the Lodged Amended Pleading. On

July 6, 2012, the Court granted the Motion to Withdraw Pleadings and ordered the Plaintiff file a fourth amended complaint by not later than August 3, 2012. (Order Granting Motion to Amend, ECF No. 23.)

Before the Court is Plaintiff's Response to Court Order of June 27, 2012 [sic] (Response to Court Order, ECF No. 24) wherein Plaintiff requests that the Third Amended Complaint and the Lodged Amended Pleading be combined into one complaint.

On July 16, 2012 Plaintiff filed his Fourth Amended Complaint.

Accordingly, it is ORDERED that the relief sought in Plaintiff Response to Court Order (ECF No. 24) is DENIED as moot.

IT IS SO ORDERED.

Dated:   July 23, 2012                         /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE