UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. GABARRETE, | CASE NO. 1:11-cv-00324-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO CLARIFY RESPONSE TO NOTIFY OR AMEND ORDER |
| v. | (ECF Nos. 27, 31, 32) |
| C.B. HAZEL, et al., | FOURTEEN (14) DAY DEADLINE |
| Defendants. | |
| _____ / | |

Plaintiff Carlos D. Gabarrete, a state prisoner proceeding pro se and in forma pauperis filed this civil rights action pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff has consented to Magistrate Judge jurisdiction. (Consent, ECF No. 8.)

On July 16, 2012, Plaintiff filed his Fourth Amended Complaint. (Fourth Am. Compl., ECF No. 25.) On July 31, 2012, the Court issued its order screening the Fourth Amended Complaint, finding cognizable Eighth Amendment claims against Defendants Hazel, Medina, Prudhel, Navarro, Esquivel, G. Hernandez and F. Hernandez for excessive force, failure to protect, and medical indifference, and ordering Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed on the cognizable claims. (Order

-1-

to Amend or Notify, ECF No. 27.) On August 6, 2012, Plaintiff filed a Fifth Amended Complaint. (Fifth Am. Compl., ECF No. 31.) On August 9, 2012, Plaintiff filed a response to the Court's Order to Amend or Notify, which both notices reflecting willingness to proceed on the previously identified cognizable claims and requests the Court screen the Fifth Amended Complaint. (Affidavit Resp., ECF No. 32.)

The Court is uncertain whether Plaintiff wishes to proceed upon the previously identified cognizable claims or upon the Fifth Amended Complaint.

Accordingly, it is hereby ORDERED that Plaintiff, not later fourteen (14) days from service of this order, notify the Court in writing whether he wishes to proceed upon the previously identified cognizable Eighth Amendment claims against Defendants Hazel, Medina, Prudhel, Navarro, Esquivel, G. Hernandez and F. Hernandez for excessive force, failure to protect, and medical indifference, or upon the as yet unscreened Fifth Amended Complaint.

If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey a Court order.

IT IS SO ORDERED.

Dated:   August 20, 2012                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE