1
2
3
4
5
6
7
8
9     UNITED STATES DISTRICT COURT
10    EASTERN DISTRICT OF CALIFORNIA
11
12
      CARLOS D. GABARRETE,                    CASE No. 1:11-cv-00324-MJS (PC)
13
                                              ORDER DENYING PLAINTIFF'S
14                                            RESPONSE SUPPLEMENTING
                          Plaintiff,          OPERATIVE PLEADING
15
          v.                                  (ECF No. 34)
16
      C.B. HAZEL, et al.,
17
18
                          Defendants.
19
      _____/
20

21        Plaintiff Carlos D. Gabarrete, a state prisoner proceeding pro se and in forma

22    pauperis filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff has

23    consented to Magistrate Judge jurisdiction. (ECF No. 8.)

24        On July 16, 2012, Plaintiff filed his Fourth Amended Complaint. (ECF No. 25.) On

25    July 31, 2012, the Court issued its order screening the Fourth Amended Complaint, finding

26    cognizable Eighth Amendment claims against Defendants Hazel, Medina, Prudhel,

27    Navarro, Esquivel, G. Hernandez and F. Hernandez for excessive force, failure to protect,

28    and medical indifference, and ordering Plaintiff to either file an amended complaint or notify

                                              -1-

1

the Court of his willingness to proceed on the cognizable claims. (ECF No. 27.)

2

On August 6, 2012, Plaintiff filed a Fifth Amended Complaint. (ECF No. 31.)

3

On August 9, 2012, Plaintiff filed a response to the Court's Order to Amend or

4

Notify. It reflects his willingness to proceed on the previously identified cognizable claims

5

but also asks the Court to screen the Fifth Amended Complaint. (ECF No. 32.)

6

On August 21, 2012, the Court issued its order requiring Plaintiff to clarify, by not

7

later than September 10, 2012, whether he wishes to proceed upon the previously

8

identified cognizable Eighth Amendment claims against Defendants Hazel, Medina,

9

Prudhel, Navarro, Esquivel, G. Hernandez and F. Hernandez for excessive force, failure

10

to protect, and medical indifference, or upon the as yet unscreened Fifth Amended

11

Complaint. (ECF No. 33.)

12

On August 27, 2012, Plaintiff filed a purported response to the Court's order dated

13

July 30, 2012, supplementing either the Fourth Amended Complaint or the Fifth Amended

14

Complaint (ECF No. 34), whichever is deemed operative. The proposed supplement is

15

now before the Court.

16

Plaintiff's proposed supplementation is denied. Amended pleadings must be

17

complete within themselves without reference to another pleading. Partial amendments are

18

not permissible. Local Rule 220. A plaintiff may not supplement as to events occurring prior

19

to the date of the pleading to be supplemented. Fed. R. Civ. P. 15(d). Here Plaintiff seeks

20

to impermissibly file a partial amendment supplementing the operative pleading.

21

Plaintiff is reminded that, by not later than September 10, 2012, he must notify the

22

Court in writing whether he wishes to proceed upon the Fourth Amended Complaint's

23

previously identified cognizable Eighth Amendment claims against Defendants Hazel,

24

Medina, Prudhel, Navarro, Esquivel, G. Hernandez and F. Hernandez for excessive force,

25

failure to protect, and medical indifference, or upon the as-yet-unscreened Fifth Amended

26

Complaint. Failure to comply by the September 10th deadline may result in dismissal of

27

this action for failure to obey a Court order.

28

Accordingly, for the foregoing reasons, it is hereby ordered that Plaintiff's response

supplementing the operative pleading (ECF No. 34) is DENIED.

IT IS SO ORDERED.

Dated:    August 29, 2012          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE